THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **IN RE: Nichole Cunningham** | : | |
| Michael J. Perrins | : | **CHAPTER 7** |
| Debtors | : | |
| | : | **NO. 17-01048 JJT** |
| | : | |
| **Quicken Loans Inc.** | : | |
| Movant | : | |
| v. | : | |
| Nichole Cunningham | : | **11 U.S.C. Section 362** |
| Michael J. Perrins | : | |
| Debtors | : | |
| Robert P. Sheils, Jr., Esq | : | |
| Trustee | : | |

### PRAECIPE WITHDRAWING THE TRUSTEE'S OBJECTION TO MOTION OF QUICKEN LOANS INC. FOR RELIEF FROM AUTOMATIC STAY

**TO THE CLERK OF THE BANKRUPTCY COURT:**

The Trustee, Robert P. Sheils, Jr., hereby requests that the Trustee's Objection to Quicken Loans Inc.'s Motion for Relief from Automatic Stay in the above bankruptcy proceeding be withdrawn without prejudice.

Dated: May 2, 2017

/s/ Jill M. Spott
Jill M. Spott, Esquire
Attorney for Trustee
Sheils Law Associates, P.C.
108 North Abington Road
Clarks Summit, PA 18411
(570) 587-2600
jspottesq@sheilslaw.com