Certificate Number: 00301-PAM-DE-029197314

Bankruptcy Case Number: 17-01048



00301-PAM-DE-029197314

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 4, 2017, at 2:03 o'clock PM EDT, NICHOLE L CUNNINGHAM completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 4, 2017

By: /s/Iris Serrano

Name: Iris Serrano

Title: Certified Bankruptcy Counselor

Certificate Number: 00301-PAM-DE-029197315

Bankruptcy Case Number: 17-01048


00301-PAM-DE-029197315

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 4, 2017</u>, at <u>2:03</u> o'clock <u>PM EDT</u>, <u>MICHAEL J PERRINS SR</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>May 4, 2017</u>   By: <u>/s/Iris Serrano</u>

Name: <u>Iris Serrano</u>

Title: <u>Certified Bankruptcy Counselor</u>